UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT J. HOUSE,                            :

      Petitioner                          :

                                        :

      v.                                  :   CIVIL NO. 3:CV-08-0331

                                        :

WARDEN, SCI-MAHANOY,                        :   (Judge Kosik)

                                        :

      Respondent                          :

## ORDER

**AND NOW, THIS** 24th **DAY OF JANUARY, 2013**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Petitioner's motion for relief from judgment (Doc. 19) is **denied**.

EDWIN M. KOSIK
United States District Judge

FILED
SCRANTON

JAN 2 4 2013

PER _____
DEPUTY CLERK